In the Matter of CITY OF ROME, Respondent, v BOARD OF ASSESSORS AND/OR ASSESSOR OF TOWN OF LEWIS et al., Appellants. (Appeal No. 2.). [51 NYS3d 445]—Motion for reargument denied. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

In the Matter of ISKALO 5000 MAIN LLC et al., Respondents, v TOWN OF AMHERST INDUSTRIAL DEVELOPMENT AGENCY, Appellant, and COUNTY OF ERIE, Intervenor-Respondent-Appellant. (Appeal No. 2.) [51 NYS3d 445]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

JOSEPH P. GALLAGHER, JR., et al., Appellants, v DOMINIC RUZZINE, JR., et al., Respondents. [51 NYS3d 446]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.

WORKERS' COMPENSATION BOARD OF STATE OF NEW YORK, Respondent, v OLD LAMSON STATION, INC., Appellant. [51 NYS3d 446]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMMEL BURDINE, Also Known as ROMELL BURDINE, Appellant. [51 NYS3d 468]—Motion for reargument granted in part and, upon reargument, the memorandum and order entered February 10, 2017 (147 AD3d 1471 [2017]) is amended by deleting the fourth sentence of the second paragraph of the memorandum, and by deleting the first sentence of the second paragraph of the memorandum, and replacing the first sentence with the following sentence: "We conclude, however, that the error is harmless inasmuch as the evidence of defendant's guilt is overwhelming, and there is no reasonable possibility that the admission of the text messages might have contributed to defendant's conviction (*see generally People v Crimmins*, 36 NY2d 230, 237 [1975])." Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.